John Steven Morgan #46144
Lake County Jail    A-7
4913 Helbush Drive
Lakeport, CA 95453

Clerk, U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

RE: CV 07 6477 CRB

January 30, 2008

Sir/Ma'am:

Please note the address change in this case from A-6 to A-7

Thank you

JS Morgan

FILED
RECEIVED
FEB - 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA