John Steven Morgan
#46144    A-7
Lake County Jail
4913 Helbush Drive
Lakeport, CA 95453

Clerk of the Court                Re: CV-07 6477
U.S. District Court                         CRB
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

March 24, 2008

Sir:

    It has been almost three months since I filed my Petition for Writ of Habeas Corpus.
    I merely request a progress update.
    Thank you very much.

                                                      *John St. Morgan* (signature)

*[FILED stamp: MAR 27 2008, Richard W. Wieking, Clerk, U.S. District Court, Northern District of California]*

John Steven Morgan #96144
Lake County Jail A-7
4913 Helbush Drive
Lakeport, CA 95453



Clerk of the Court
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

CRB

LEGAL MAIL

LEGAL MAIL