John Steven Morgan #46144
Lake County Jail       A-7
4913 Helbush Drive
Lakeport, CA 95453

Clerk of the Court
U.S. District Court
Northern California District
450 Golden Gate Ave
San Francisco, CA 94102

in re   CU-07-6477 CRB (PR)

Sir/Ma'am:

    I am in receipt of "Order to Show Cause," in this matter, stamped "Filed April 18, 2008." In which I realized the Court issued a Certificate of Service, which I realized I failed to submit with my Writ of Habeas Corpus.
    I am therefore including one at this time in the hopes that it can be included with my submission, were it to be necessary. I wouldn't want such a simple oversight to be cause for a denial based on procedural error.

John Steven Morgan #46144
Lake County Jail
A-7
4913 Helbush Drive
Lakeport, CA 95453

22 April 2008

CV07-06477 CRB

John Steven Morgan,
    Plaintiff

v.

C. Esberg,
    Jailer
and
Jerry Brown,
    Attorney General

I, the undersigned, hereby certify that I am a party to the above mentioned action, and that, on or about December 27, 2007, I served a true and correct copy of mentioned action by having my father, Wilford Daniel Morgan, placing said copy in a postage paid envelope, and addressed to the U.S. District Court, Northern California District, 450 Golden Gate Avenue, San Francisco, CA 94102, by depositing said envelope in the United States mail.

John Steven Morgan
John Steven Morgan

Steven Morgan #46144
Lake County Jail A-7
4913 Helbush Drive
Lakeport, CA 95453

LAKE COUNTY JAIL LOGGED AND INSPECTED BY
LEGAL MAIL

NORTH BAY CA
24 APR 2008 PM
USA 41

Clerk of the Court
U.S. District Court
Northern California District
450 Golden Gate Avenue
San Francisco, CA 94102

LEGAL Mail