Steven Morgan #46144
Lake County Jail A-7
4913 Helbush Drive
Lakeport, CA 95453

U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

May 9, 2008                 re: CV 07 6477
                                CRB (PR)

Clerk of the Court:

    I would like to request two things. One — in order to receive access benefits to the jailhouse law library resources, I first need to be Court certified "pro per." I note on the recently issued "Order to Show Cause" that I have filed a "pro se" petition. Is that the same thing? Can you send me this Court certification of "pro per" status?

    Secondly, and this may be contradictory to the first request, please send me the forms for Motion for appointment of attorney — Federal, $1,694.??? 28 U.S.C.A. 1915 — of Course, for the Northern District.
          Thanx   S Morgan

Steven Morgan #416144
Lake County Jail A-7
4913 Helbush Drive
Lakeport, CA 95453

NORTH BAY CA 949
15 MAY 2008 PM 1 T


USA 42

Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

"LAKE COUNTY JAIL. LOGGED AND INSPECTED BY ___"

Legal Mail

LEGAL MAIL