1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 GERALD A. ENGLER
Senior Assistant Attorney General
4 PEGGY S. RUFFRA
Supervising Deputy Attorney General
5 MICHAEL D. O'REILLEY
State Bar No. 72144
6   455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
7   Telephone: (415) 703-5965
Fax: (415) 703-1234
8 Attorneys for Respondent

9                    IN THE UNITED STATES DISTRICT COURT

10                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12

| | |
|---|---|
| **JOHN STEVEN MORGAN,** | No. C 07-6477 CRB (PR) |
| Petitioner, | **APPLICATION FOR EXTENSION OF TIME** |
| **v.** | |
| **RODNEY K. MITCHELL,** | |
| Respondent. | |

19          Respondent hereby requests a 60-day extension of time until August 16, 2008, in which

20 to file a responsive pleading to the petition for writ of habeas corpus.  Good cause for the extension

21 is set forth in the accompanying declaration of counsel.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    WHEREFORE, respondent respectfully requests that this Court grant an extension of time

2 to and including August 16, 2008, in which to file the reply.

3    Dated:  May 27, 2008

4            Respectfully submitted,

5            EDMUND G. BROWN JR.
             Attorney General of the State of California

6            DANE R. GILLETTE
             Chief Assistant Attorney General

7            GERALD A. ENGLER
             Senior Assistant Attorney General

8
             PEGGY S. RUFFRA

9            Supervising Deputy Attorney General

10

11           /s/ Michael D. O'Reilley

12
             MICHAEL D. O'REILLEY

13           Deputy Attorney General
             Attorneys for Respondent

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Morgan v. Mitchell**

No.:    **C 07-6477 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 27, 2008, I served the attached **APPLICATION FOR EXTENSION OF TIME** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John Steven Morgan
#46144
Lake County Jail
A-7
4913 Helbush Drive
Lakeport, CA 95453
(Pro Per)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

|                          |                           |
|--------------------------|---------------------------|
| Nelly Guerrero           | /s/ Nelly Guerrero        |
| Declarant                | Signature                 |

40258254.wpd