EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHAEL D. O'REILLEY
State Bar No. 72144
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 703-5965
Fax: (415) 703-1234
Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN STEVEN MORGAN,**<br>Petitioner,<br>**v.**<br>**RODNEY K. MITCHELL,**<br>Respondent. | No. C 07-6477 CRB (PR)<br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** |

I, Michael D. O'Reilley, declare under penalty of perjury as follows:

I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.

Petitioner reportedly is on parole following a felony conviction and a twelve year state prison sentence in 1998 from the Lake County Superior Court for annoying or molesting a child (Cal. Penal Code § 647.6) subsequent to a previous conviction for lewd and lascivious acts with a minor (§ 288(a)). The judgment was affirmed by the California Court of Appeal and review was denied by the California Supreme Court.

Petitioner filed a habeas application with this Court in December 2007 alleging ineffective assistance of counsel, and this Court issued an order to show cause on April 18, 2008

directing respondent to file an answer on or before June 17, 2008. The undersigned received the case on May 15, 2008.

For the following reasons, the undersigned requests an extension of time of 60 days or until August 16, 2008 to file the answer:

The undersigned has oral argument scheduled in the California Supreme Court on June 3, 2008 (*People v. Cross* - S139791), a jury trial scheduled on July 11, 2008 (*People v. Charles*, San Francisco Superior Court No. 200823), and an evidentiary hearing on a 23-year-old murder case which requires substantial investigation in the Eastern District scheduled for August 4, 2008 (*Marshall v. Henry*, USDC No. 2:94 CV-00916-JKS). Additionally, four months ago, the undersigned scheduled a pre-paid vacation out of the country from June 6-20, 2008. Finally, within a day of receiving this case, the undersigned requested the closed file in petitioner's state case, but it has not yet been located.

The undersigned has not previously requested any extensions of time in this matter.

Petitioner is proceeding *pro se*.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the foregoing is true and correct. Executed at San Francisco, California on May 27, 2008.

/s/ Michael D. O'Reilley
MICHAEL D. O'REILLEY
Deputy Attorney General

# DECLARATION OF SERVICE BY U.S. MAIL

Case Name: **Morgan v. Mitchell**

No.: **C 07-6477 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 27, 2008, I served the attached **DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John Steven Morgan
#46144
Lake County Jail
A-7
4913 Helbush Drive
Lakeport, CA 95453
(Pro Per)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

| Nelly Guerrero | /s/ Nelly Guerrero |
|---|---|
| Declarant | Signature |

40258254.wpd