1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOHN STEVEN MORGAN,** | No. C 07-6477 CRB (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **RODNEY K. MITCHELL,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have until August 16, 2008, to answer or file another pleading responsive to the petition for writ of habeas corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on Respondent on or before September 15, 2008.

DATED: _____

CHARLES R. BREYER
United States District Judge

Order - *Morgan v. Mitchell* - C 07-6477 CRB (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **Morgan v. Mitchell**

No.:    **C 07-6477 CRB (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 27, 2008, I served the attached **ORDER** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

John Steven Morgan
#46144
Lake County Jail
A-7
4913 Helbush Drive
Lakeport, CA  95453
(Pro Per)

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 27, 2008, at San Francisco, California.

|  Nelly Guerrero  | /s/  Nelly Guerrero |
|:---:|:---:|
| Declarant | Signature |

40258254.wpd