1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                     FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                SAN FRANCISCO DIVISION

11
| | |
|---|---|
| **JOHN STEVEN MORGAN,** | No. C 07-6477 CRB (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **RODNEY K. MITCHELL,** | |
| Respondent. | |

17
18         GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that respondent may have
19 until August 16, 2008, to answer or file another pleading responsive to the petition for writ of habeas
20 corpus. If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the
21 court and serving it on Respondent on or before September 15, 2008.
22
23 DATED:  May 29, 2008
24
25                                        _____
                                          CHARLES R. BREYER
26                                        United States District Judge



Order - *Morgan v. Mitchell* - C 07-6477 CRB (PR)