Steve Morgan
P.O. Box 4183
Clearlake, CA 95422

U.S. District Court
Northern California District
450 Golden Gate Ave
San Francisco, CA 94102

Re: CV-07-6477 CRB (PR)

July 20, 2008

Clerk of the Court:

Please make note of my change of address, and send me acknowledgement of said change.

Thank you for your assistance

*[signature]*