**EXHIBIT 6**

# CALIFORNIA APPELLATE COURTS
## Case Information

### 1st Appellate District

Change court

Court data last updated: 07/28/2008 03:05 PM

Case Summary  Docket  Scheduled Actions  Briefs
Disposition  Parties and Attorneys  Trial Court

## Docket (Register of Actions)

**In re Morgan on Habeas Corpus.**
Division 1
Case Number A086905

| Date | Description | Notes |
|---|---|---|
| 05/17/1999 | Petition for a writ of habeas corpus filed. | |
| 05/19/1999 | Order denying petition filed. | The request that this court take judicial notice of the records, briefs, and exhibits in the appeal on file in A084106, P. v. Morgan, is granted. The motion to consolidate the pet. and appeal is denied. The pet. fails to state facts making out a prima facie case and is therefore denied (cite.) Clerk of this court is directed to file a copy of this order in A084106. St-Sw-M |
| 05/19/1999 | Case complete. | |
| 05/19/1999 | Note: | copy of order filed in A084106 |
| 04/20/2000 | Shipped to state retention center, box # / list #: | L151 |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California