**EXHIBIT 8**

# CALIFORNIA APPELLATE COURTS
Case Information



| Welcome | **1st Appellate District** | Change court |

Search — Court data last updated: 07/28/2008 03:05 PM

E-mail

Calendar

**Case Summary**   **Docket**   **Scheduled Actions**   **Briefs**
**Disposition**   **Parties and Attorneys**   **Trial Court**

Help

## Docket (Register of Actions)

Opinions

In re Morgan on Habeas Corpus.
Division 1
Case Number A087361

C|C home

| Date | Description | Notes |
|---|---|---|
| 06/23/1999 | Petition for a writ of habeas corpus filed. | |
| 06/30/1999 | Order denying petition filed. | s-st-sw |
| 06/30/1999 | Case complete. | |
| 04/20/2000 | Shipped to state retention center, box # / list #: | L151 |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California