**EXHIBIT 11**

First Appellate District, Division One, No. A084106
S082280

IN THE SUPREME COURT OF CALIFORNIA

THE PEOPLE, Respondent

v.

JOHN S. MORGAN, Appellant

SUPREME COURT
FILED
OCT 2 0 1999
Robert Wandruff Clerk
DEPUTY

Appellant's petition for review DENIED.

GEORGE
Chief Justice