# EXHIBIT 13

**F I L E D**
SUPERIOR COURT
COUNTY OF LAKE

NOV 0 3 2000

Adam Ayala, Court Clerk

By _____
Deputy Clerk

1

2

3

4

5

6

7

8        SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                      COUNTY OF LAKE

10  In the Matter of the Application      )      NO.  CR4842 ZZ
                                          )
11                  of                    )
                                          )      ORDER DENYING PETITION
12  JOHN S. MORGAN,                       )      FOR WRIT OF HABEAS CORPUS
                                          )
13  for a Writ of Habeas Corpus.          )
                                          )
14  ────────────────────────────────────

15          The Petition for Writ of Habeas Corpus filed herein on

16  October 10, 2000, is hereby denied for reasons that the Petition

17  fails to show that appeal is inadequate.

18  DATED: _11-3-00_____

19

20                              _____
                                HON. ARTHUR H. MANN
21                              JUDGE OF THE SUPERIOR COURT

22  cc:  Parties

23

24

25

26

27

28

                                   -1-

1  LAKE COUNTY DISTRICT ATTORNEY (by clerk's office box)

2  JOHN S. MORGAN P-05991
   MCSP  C-15-104-0
3  P.O. Box 409000
   Ione, CA  95640-9000
4

5

6

7                         **AFFIDAVIT OF MAILING**

8

9     I am a Superior Court Secretary of the County of Lake, State

10 of California.        ORDER DENYING WRIT

11

12    On this date, I mailed a true copy of the foregoing document

13 to the persons whose names are set forth above by placing said copy

14 in an envelope addressed to each of said persons, at the address

15 for said person set forth above, which envelope was then sealed

16 and postage fully prepaid and deposited in the post office at

17 Lakeport, California, to be delivered by United States mail at the

18 place so addressed.

19 DATED: NOV 03 2000

20                                        EVA M. KEISER

21

22

23

24

25

26

27

28