# EXHIBIT 13

COPY

MC-275

Name: John Steven Morgan
Address: Lake County Jail A-7
4913 Helbush Drive
Lakeport, CA 95453
CDC or ID Number: # 46144

Court: California Court of Appeal First Appellate District

> Court of Appeal, First Appellate District
> FILED
> JUN 16 2008
> Diana Herbert, Clerk
> by M. Chang, Deputy Clerk

Petitioner: John Steven Morgan
vs.
Respondent:

PETITION FOR WRIT OF HABEAS CORPUS

No. A121798
(To be supplied by the Clerk of the Court)

**Division One**

### INSTRUCTIONS—READ CAREFULLY

- If you are challenging an order of commitment or a criminal conviction and are filing this petition in the Superior Court, you should file it in the county that made the order.

- If you are challenging the conditions of your confinement and are filing this petition in the Superior Court, you should file it in the county in which you are confined.

- Read the entire form *before* answering any questions.

- This petition must be clearly handwritten in ink or typed. You should exercise care to make sure all answers are true and correct. Because the petition includes a verification, the making of a statement that you know is false may result in a conviction for perjury.

- Answer all applicable questions in the proper spaces. If you need additional space, add an extra page and indicate that your answer is "continued on additional page."

- If you are filing this petition in the Superior Court, you need file only the original unless local rules require additional copies. Many courts require more copies.

- If you are filing this petition in the Court of Appeal, file the original and four copies of the petition and, if separately bound, one copy of any supporting documents.

- If you are filing this petition in the California Supreme Court, file the original and ten copies of the petition and, if separately bound, two copies of any supporting documents.

- Notify the Clerk of the Court in writing if you change your address after filing your petition.

- In most cases, the law requires service of a copy of the petition on the district attorney, city attorney, or city prosecutor. See Penal Code section 1475 and Government Code section 72193. You may serve the copy by mail.

Approved by the Judicial Council of California for use under rule 8.380 of the California Rules of Court [as amended effective January 1, 2007]. Subsequent amendments to rule 8.380 may change the number of copies to be furnished to the Supreme Court and Court of Appeal.

Form Approved for Optional Use
Judicial Council of California
MC-275 [Rev. January 1, 2007]

PETITION FOR WRIT OF HABEAS CORPUS

Page 1 of 6
Penal Code, § 1473 at seq.;
Cal. Rules of Court, rule 8.380
www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

B 1

MC-275

**This petition concerns:**

☒ A conviction  ☒ Parole

☐ A sentence  ☐ Credits

☐ Jail or prison conditions  ☐ Prison discipline

☒ Other (specify): Second Strike

1. Your name: John Steven Morgan
2. Where are you incarcerated? Lake County Jail
3. Why are you in custody? ☐ Criminal Conviction  ☒ Civil Commitment (pending) (W&I 6600 proceedings)

Answer subdivisions a. through i. to the best of your ability.

a. State reason for civil commitment or, if criminal conviction, state nature of offense and enhancements (for example, "robbery with use of a deadly weapon").

W.&I. 6600 proceedings following conviction of Annoying/ Molest minor with prior oral copulation

b. Penal or other code sections: W&I 6600; 647.6 w/288(a) prior

c. Name and location of sentencing or committing court: Superior Court of California in the County of Lake  255 N. Forbes St. Lakeport, CA 95453

d. Case number: CR-4609

e. Date convicted or committed: 06-98

f. Date sentenced: 07-31-98

g. Length of sentence: 12 years

h. When do you expect to be released? 08-28-07 (Paroled)

i. Were you represented by counsel in the trial court? ☒ Yes. ☐ No. If yes, state the attorney's name and address:
Stephen C. Carter
P.O. Box 1517 Lower Lake, CA 95457

4. What was the LAST plea you entered? (check one)

☒ Not guilty  ☐ Guilty  ☐ Nolo Contendere  ☐ Other: _____

5. If you pleaded not guilty, what kind of trial did you have?

☒ Jury  ☐ Judge without a jury  ☐ Submitted on transcript  ☐ Awaiting trial

MC-275 [Rev. January 1, 2007]   **PETITION FOR WRIT OF HABEAS CORPUS**   Page 2 of 6

B2

6. **GROUNDS FOR RELIEF**  MC–275

**Ground 1:** State briefly the ground on which you base your claim for relief. For example, "the trial court imposed an illegal enhancement." *(if you have additional grounds for relief, use a separate page for each ground. State ground 2 on page four. For additional grounds, make copies of page four and number the additional grounds in order.)*

Ineffective Assistance of Counsel in that court appointed public defender failed to 1) confer with petitioner as often as necessary to elicit matters of defense; 2) carefully investigate all defenses of fact and law, resulting in a withdraw of...

a. **Supporting facts:**
Tell your story briefly without citing cases or law. If you are challenging the legality of your conviction, describe the facts upon which your conviction is based. *If necessary, attach additional pages.* CAUTION: You must state facts, not conclusions. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do and how that affected your trial. Failure to allege sufficient facts will result in the denial of your petition. (See *In re Swain* (1949) 34 Cal.2d 300, 304.) A rule of thumb to follow is: *who* did exactly *what* to violate your rights at what time *(when)* or place *(where)*. (If available, attach declarations, relevant records, transcripts, or other documents supporting your claim.)

Prosecution claims the defendant provided alcohol and marijuana to the minor and allowed the minor to drive defendant's truck while harboring sexual interest in the minor. That this alleged interest culminated during a conversation in which the defendant expressed such interest.
Defense Counsel completely failed to discover, develop and argue a viable defense, that of Lack of Mental State, in that the defendant, in the conversation with the minor was not attempting to talk the minor into having sex, but was merely using the minor as a sounding board to discuss the factors of a conflict the defendant was experiencing, that being the realization that the defendant had begun to experience...

b. **Supporting cases, rules, or other authority (optional):**
*(Briefly discuss, or list by name and citation, the cases or other authorities that you think are relevant to your claim. If necessary, attach an extra page.)*

Jury Instructions CALJIC 16.440, 3.31.5, 2.01, and 2.02 suggest that the defendant, in conjunction with the act (of making the statement of sexual desire) must have been motivated by sexual interest, whether...

MC-275 [Rev. January 1, 2007]    **PETITION FOR WRIT OF HABEAS CORPUS**    Page 3 of 6

B3

Page 3, continued

4. Grounds for Relief
   Ground 1, continued

... a crucial defense from the case; and 3) display diligence and competence resulting in the reduction of the trial to a "farce or a sham."

a. Supporting facts, continued:

... inappropriate sexual desires for the minor, while on the other hand, the defendant knew that attempting to act on such desires was morally and legally wrong, and that defendant could get in a lot of trouble.

b. Supporting cases, rules, or other authority, continued:

... abnormal, unnatural, or otherwise, <u>else</u> the defendant must be found not guilty. Additionally, a theory to the contrary of guilt is sufficient in the face of a theory of guilt. The theory must merely be supported by the facts and be reasonable. The defendant's theory meets these criteria.

B4

MC-275

8. Did you appeal from the conviction, sentence, or commitment? ☒ Yes. ☐ No. If yes, give the following information:
   a. Name of court ("Court of Appeal" or "Appellate Dept. of Superior Court"): California Court of Appeal First District
   b. Result: Denied    c. Date of decision: 08-04-99 ~~10-20-99~~
   d. Case number or citation of opinion, if known: A 084106
   e. Issues raised: (1) I.A.C. failed to object to inadmissible and prejudicial evidence
      (2) Dual use of prior constituted cruel and unusual punishment
      (3) Appellant entitled to additional time credits (granted)
   f. Were you represented by counsel on appeal? ☒ Yes. ☐ No. If yes, state the attorney's name and address, if known: Judy E. Behrendt / 845 Jefferson St / Napa, CA 94559

9. Did you seek review in the California Supreme Court? ☒ Yes ☐ No. If yes, give the following information:
   a. Result: Upheld (denied)    b. Date of decision: 10-20-99
   c. Case number or citation of opinion, if known: S082280
   d. Issues raised: (1) See 8 e (1), (2), and (3)
      (2)
      (3)

10. If your petition makes a claim regarding your conviction, sentence, or commitment that you or your attorney did not make on appeal, explain why the claim was not made on appeal:
    Due to lack of communication between defense counsel and defendant, and due to ignorance on behalf of the defendant...

11. Administrative Review:
    a. If your petition concerns conditions of confinement or other claims for which there are administrative remedies, failure to exhaust administrative remedies may result in the denial of your petition, even if it is otherwise meritorious. (See *In re Muszalski* (1975) 52 Cal.App.3d 500 [125 Cal.Rptr. 286].) Explain what administrative review you sought or explain why you did not seek such review:
    Petitioner filed Petition for Writ of Habeas Corpus (CR911398) with the Superior Court of California in the County of Lake on 12-15-06. Petitioner then jumped to filing Petition for Writ of Habeas Corpus (CV07-6477 CRB(PR)) in the Federal Courts for the sake that a citation from "Criminal Law: Procedure and Practice" (2005 Edition) indicated that a denied Writ of Habeas Corpus was not appealable. It is only after that filing (12-27-07) that research...
    b. Did you seek the highest level of administrative review available? ☐ Yes. ☐ No.
    Attach documents that show you have exhausted your administrative remedies.

MC-275 [Rev. January 1, 2007]    PETITION FOR WRIT OF HABEAS CORPUS    Page 5 of 6

B5

10 explain why the claim was not made on appeal, continued.

... the defense of Lack of Mental State was not discovered until years after the trial.

11. Administrative Review; continued:

... indicated the possibility that a writ of Habeas Corpus denied by the Superior Court not only be refiled in the Court of Appeal, but that that decision then be reviewed by "a higher court," but not specifically the Supreme Court of California.

Petitioner begs the court's indulgence as petitioner attempts to find his way around the judicial leviathan.

B6

12. Other than direct appeal, have you filed any other petitions, applications, or motions with respect to this conviction, commitment, or issue in any court? ☒ Yes. If yes, continue with number 13.   ☐ No. If no, skip to number 15.

MC-275

13. a. (1) Name of court: _Superior Court of California, County of Lake_

   (2) Nature of proceeding (for example, "habeas corpus petition"): _Motion for New Trial_

   (3) Issues raised: (a) _General Notion that I was not guilty_

   (b) _(I didn't know what I was doing)_

   (4) Result (Attach order or explain why unavailable): _Denied - (lost in property boxes somewhere)_

   (5) Date of decision: _~ September 2002_

   b. (1) Name of court: _____

   (2) Nature of proceeding: _____

   (3) Issues raised: (a) _____

   (b) _____

   (4) Result (Attach order or explain why unavailable): _____

   (5) Date of decision: _____

   c. For additional prior petitions, applications, or motions, provide the same information on a separate page.

14. If any of the courts listed in number 13 held a hearing, state name of court, date of hearing, nature of hearing, and result:

   _N/A_

15. Explain any delay in the discovery of the claimed grounds for relief and in raising the claims in this petition. (See In re Swain (1949) 34 Cal.2d 300, 304.)

   _Petitioner is a layman at law and did not have the finances to hire an attorney to pursue this matter. et ano._

16. Are you presently represented by counsel? ☐ Yes. ☒ No. If yes, state the attorney's name and address, if known: _____

17. Do you have any petition, appeal, or other matter pending in any court? ☒ Yes. ☐ No. If yes, explain:

   _WRIT OF HABEAS CORPUS (SAME ISSUES) IN FEDERAL COURT CV 07-6477 CRB. MAY HAVE FILED PREMATURELY._

18. If this petition might lawfully have been made to a lower court, state the circumstances justifying an application to this court:

   _HAVE MADE TO LOWER COURT_

I, the undersigned, say: I am the petitioner in this action. I declare under penalty of perjury under the laws of the State of California that the foregoing allegations and statements are true and correct, except as to matters that are stated on my information and belief, and as to those matters, I believe them to be true.

Date: _06-09-08_   ▶ _[signature]_
(SIGNATURE OF PETITIONER)

MC-275 [Rev. January 1, 2007]   PETITION FOR WRIT OF HABEAS CORPUS   Page 6 of 6

137

15. Explain any delay, continued

... Additionally, petitioner did not even know until years later that he was NOT GUILTY due to lack of Mental State, so, until this discovery, petitioner didn't even know to pursue this matter.

B8