# EXHIBIT 14

# CALIFORNIA APPELLATE COURTS
## Case Information

Welcome
Search
E-mail
Calendar
Help
Opinions

C|C home

**1st Appellate District**

Change court

Court data last updated: 07/28/2008 03:05 PM

**Case Summary**  **Docket**  **Scheduled Actions**  **Briefs**
**Disposition**  **Parties and Attorneys**  **Trial Court**

## Docket (Register of Actions)

In re JOHN STEVEN MORGAN on Habeas Corpus.
Division 1
Case Number **A121798**

| Date | Description | Notes |
|---|---|---|
| 06/16/2008 | Filed petition for writ of: | Habeas Corpus. |
| 06/25/2008 | Order denying petition filed. | m,s,sw |
| 06/25/2008 | Case complete. | |
| 07/02/2008 | Filed letter from: | Petitioner. Re: requests a copy of the first pg of petition & explanation for denial. |
| 07/02/2008 | Letter sent to: | Petitioner John Morgan re responding to inquiry about denial of writ petition. Copy of Petition cover enclosed. |

**Click here** to request automatic e-mail notifications about this case.

© 2007 Judicial Council of California