IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN STEVEN MORGAN,         ) | |
|         Petitioner,         ) | No. C 07-6477 CRB (PR) |
| vs.                         ) | ORDER |
| RODNEY K. MITCHELL, Sheriff, ) | |
|         Respondent.         ) | |

Petitioner has filed an opposition to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely. Respondent shall file a reply to the opposition by no later than October 24, 2008.

SO ORDERED.

DATED: October 6, 2008

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\HC.07\Morgan, J1.or1.wpd