IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN STEVEN MORGAN,                )
                                   )
           Petitioner,             )        No. C 07-6477 CRB (PR)
                                   )
    vs.                            )        ORDER
                                   )
RODNEY K. MITCHELL, Sheriff,       )
                                   )
           Respondent.             )
_____)

    Per order filed on October 6, 2008, the court noted that petitioner had filed an opposition to respondent's motion to dismiss the petition for a writ of habeas corpus as untimely, and ordered respondent to file a reply to the opposition by no later than October 24, 2008.  Respondent did not file a reply or any other response to the court's order.

    Within seven (7) days of this order, respondent's counsel – Deputy Attorney General Michael Damian O'Reilly – MUST file a reply addressing the various claims of equitable tolling petitioner raised in his opposition.  Failure to respond to the court's order will result in sanctions.

    SO ORDERED.

    DATED:  Nov. 07, 2008

                                    _____
                                    CHARLES R. BREYER
                                    United States District Judge

G:\PRO-SE\CRB\HC.07\Morgan, J1.or2.wpd